| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF HAWAII | | |
| Case number *(if known)* _____ | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Pacific Links US Holdings, Inc.** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **DBA  Makaha Valley Country Club** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **80-0845285** | |
| 4. | Debtor's address | **Principal place of business** <br><br> **255 DUNCAN MILL RD, UNIT 408** <br> **NORTH YORK, Ontario M3B 3H9** <br> **CANADA** <br> Number, Street, City, State & ZIP Code <br><br> **Ontario** <br> County | **Mailing address, if different from principal place of business** <br><br> <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

| Debtor | **Pacific Links US Holdings, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Pacific Links US Holdings, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?**  _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

| Debtor | Pacific Links US Holdings, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 1, 2021**
MM / DD / YYYY

**X** **/s/ Wei Zhou**               **Wei Zhou**
Signature of authorized representative of debtor        Printed name

Title    **Director**

**18. Signature of attorney**

**X** **/s/ Chuck C. Choi**          Date **February 1, 2021**
Signature of attorney for debtor            MM / DD / YYYY

**Chuck C. Choi**
Printed name

**Choi & Ito**
Firm name

**700 Bishop Street, Suite 1107**
**Honolulu, HI 96813**
Number, Street, City, State & ZIP Code

Contact phone **808-533-1877**    Email address **cchoi@hibklaw.com**

**6435 HI**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pacific Links US Holdings, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 1, 2021**     X **/s/ Wei Zhou**
Signature of individual signing on behalf of debtor

**Wei Zhou**
Printed name

**Director**
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **Pacific Links US Holdings, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF HAWAII**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Klevansky Piper LLP** <br> **841 Bishop Street, #1707** <br> **Honolulu, HI 96813** | | | | | | **$46,837.15** |
| **Deloitte Tax LLP** <br> **1950 N. Stemmons Freeway** <br> **Suite 5010** <br> **Dallas, TX 75207** | | **Services Rendered** | | | | **$9,662.50** |
| **BakerHostetler** <br> **200 Orange Avenue, Suite 2300** <br> **Attn: James W. Seegers, Esq.** <br> **Orlando, FL 32801** | | | **Unliquidated** | | | **$0.00** |
| **Shengyang Bi** <br> **No.169,QiduAve,QiduTown,WujiangDistrict** <br> **SuzhouCity, JiangsuProvince** <br> **CHINA** | | | **Disputed** | | | **Unknown** |
| **Chen Chen** | | | **Disputed** | | | **Unknown** |
| **Hao Fan** <br> **Rm 1303, Guanchao Apt, 122 Huizhongli** <br> **Chaoyang District, Beijing** <br> **CHINA** | | | **Disputed** | | | **Unknown** |
| **Haifeng Gong** <br> **Rm 637, Zhuojin Bandai, No.18 XinjinRoad** <br> **Chaoyang District, Beijing** <br> **CHINA** | | | **Disputed** | | | **Unknown** |

| Debtor | Pacific Links US Holdings, Inc. | | | Case number (if known) | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jun Gong** **No.1209, 1st Fl,** **No.16, Xinyuanli** **Chaoyang District,** **Beijing** **CHINA** | | | **Disputed** | | | **Unknown** |
| **Zhiyong Huang** | | | **Disputed** | | | **Unknown** |
| **Internal Revenue Service** **P.O. BOX 7346** **Philadelphia, PA** **19101-0734** | | | | | | **Unknown** |
| **Baozhong Li** | | | **Disputed** | | | **Unknown** |
| **Hui Li** | | | **Disputed** | | | **Unknown** |
| **Kang Liao** **Rm 1702,No.15,Dongfan gHuijingyuan,Ln258 BeiyuanRd,Pudong NewArea,Shanghai CHINA** | | | **Disputed** | | | **Unknown** |
| **Shih-min Lin** **5th Fl, No.326,** **Zhengda 1st St,** **WhenshanDistrict,** **TaipeiCity, Taiwan** **CHINA** | | | **Disputed** | | | **Unknown** |
| **Haiyun Liu** | | | **Disputed** | | | **Unknown** |
| **Zhouren Lou** **22nd Fl, Bldg 6, Ln 599, Yungu Road** **Jiading District,** **Shanghai** **CHINA** | | | **Disputed** | | | **Unknown** |
| **Lijun Qian** **No.6, Shanxili 3rd St, Mingyueshanxi Ave** **WenguanTown,** **ConghuaDistrict,** **Guangzhou** **CHINA** | | | **Disputed** | | | **Unknown** |

| Debtor | Pacific Links US Holdings, Inc. | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rudolph J. Anderson** **6103 Tarawood Drive** **Orlando, FL 32819** | | **Claims asserted in Case No. 2020-CA-007033-O in the Circuit Court of the Ninth Judicial Circuit, In and For Orange County, Florida** | **Unliquidated Disputed** | | | **Unknown** |
| **State of Hawaii Department of Taxation** **Attn: Bankruptcy Unit** **P.O. Box 259** **Honolulu, HI 96813** | | | | | | **Unknown** |
| **Zhongyun Su** | | | **Disputed** | | | **Unknown** |

# United States Bankruptcy Court
## District of Hawaii

In re **Pacific Links US Holdings, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Pacific Links International Company<br>255 Duncan Mill Road, Suite 307<br>Toronto, Ontario M3B 3H9<br>CANADA | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 1, 2021**

Signature **/s/ Wei Zhou**
**Wei Zhou**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Hawaii

In re  **Pacific Links US Holdings, Inc.**
Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 1, 2021**

**/s/ Wei Zhou**
**Wei Zhou**/**Director**
Signer/Title

BakerHostetler
200 Orange Avenue, Suite 2300
Attn: James W. Seegers, Esq.
Orlando, FL 32801

Shengyang Bi
No.169,QiduAve,QiduTown,WujiangDistrict
SuzhouCity, JiangsuProvince
CHINA

Chen Chen


Deloitte Tax LLP
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

Dickinson Wright LLP
199 Bay St., Suite 2200
Toronto Ontario M5L 1G4
CANADA

Ran Du
Rm 308, No.43, Yi Qu, Tiyuan Bei
Hexi District, Tianjin
CHINA

Hao Fan
Rm 1303, Guanchao Apt, 122 Huizhongli
Chaoyang District, Beijing
CHINA

First Hawaiian Bank
P.O. Box 1959
Honolulu, HI 96805

Haifeng Gong
Rm 637, Zhuojin Bandai, No.18 XinjinRoad
Chaoyang District, Beijing
CHINA

Jun Gong
No.1209, 1st Fl, No.16, Xinyuanli
Chaoyang District, Beijing
CHINA

Hanse Golf Course Design, Inc.
9 Tiburon lane
Malvern, PA 19355

HAWAII MGCW LLC
255 DUNCAN MILL RD., UNIT 307
NORTH YORK, Ontario M3B 3H9
CANADA,,

```
HAWAII MVCC LLC
255 DUNCAN MILL RD., UNIT 307
NORTH YORK, Ontario M3B 3H9
CANADA,,

Zhiyong Huang


Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-0734

John Deere Credit
6400 NW 86th St.
Johnston, IA 50131

Klevansky Piper LLP
841 Bishop Street, #1707
Honolulu, HI 96813

Baozhong Li


Hui Li


Kang Liao
Rm 1702,No.15,DongfangHuijingyuan,Ln258
BeiyuanRd,PudongNewArea,Shanghai
CHINA

Shih-min Lin
5th Fl, No.326, Zhengda 1st St,
WhenshanDistrict, TaipeiCity, Taiwan
CHINA

Haiyun Liu


Zhouren Lou
22nd Fl, Bldg 6, Ln 599, Yungu Road
Jiading District, Shanghai
CHINA

MDRE 2 LLC
255 DUNCAN MILL RD., UNIT 307
NORTH YORK, Ontario M3B 3H9
CANADA,

MDRE 3 LLC
255 DUNCAN MILL RD., UNIT 307
NORTH YORK, Ontario M3B 3H9
CANADA,
```

MDRE 4 LLC
255 DUNCAN MILL RD., UNIT 307
NORTH YORK, Ontario M3B 3H9
CANADA,

MDRE 5 LLC
255 DUNCAN MILL RD., UNIT 307
NORTH YORK, Ontario M3B 3H9
CANADA,

MDRE LLC
255 DUNCAN MILL RD., UNIT 307
NORTH YORK, Ontario M3B 3H9
CANADA

Michelle J. Chapman, Esq.
737 Bishop Street, Suite 2600
Honolulu, HI 96813

Nathan A. McCoy, Esq.
100 E. Sybelia Ave., Suite 205
Maitland, FL 32751

Pacific Links Golf Limited
255 DUNCAN MILL RD, UNIT 408
NORTH YORK, Ontario M3B 3H9
CANADA

Pacific Links International Co.
255 DUNCAN MILL RD., UNIT 307
NORTH YORK, Ontario M3B 3H9
CANADA,,

Pacific Links International Company
255 Duncan Mill Road, Suite 307
Toronto, Ontario M3B 3H9
CANADA

Pacific Links US Service, Inc.
255 DUNCAN MILL RD, UNIT 408
NORTH YORK, Ontario M3B 3H9
CANADA

Paul I. Sutherland Esq.
100 E. Sybelia Ave., Suite 205
Maitland, FL 32751

Lijun Qian
No.6, Shanxili 3rd St, Mingyueshanxi Ave
WenguanTown, ConghuaDistrict, Guangzhou
CHINA

Rudolph J. Anderson
6103 Tarawood Drive
Orlando, FL 32819

State of Hawaii Department of Taxation
Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96813

Zhongyun Su


Anjie Sun
Building 163, No. 1357, Huqingping Road
Qingpu District, Shanghai
CHINA

Tianjin Dinghui Hongjun Equity Invest.
25th Floor, FCC, 5 E. 3rd Ring Middle Rd
Chaoyang District, Beijing, China 100020
CHINA

Tianjin Kapolei Bus Info Consult Co.,Ltd
F7009 Tianlulantu,12 Yangqiao, Beijing,
CHINA

Yao-long Wen
19th Fl, No.1309, Zhongzheng Rd,
TaoyuanDistrict, TaoyuanCity, Taiwan
CHINA

Huande Wu
Rm 401, Juncheng Complex Building
Xingsheng Road, Daxing District, Beijing
CHINA

Feiyun Yang


Ning & Mian Yao/Qiu


Jingcheng Yin


Llzhao You
Rm 2302, No.53, Huizhan Beili
SimingDistrict,XiamenCity,FujianProvince
CHINA

Xu Zhang


Jingzhan Zhu

# United States Bankruptcy Court
## District of Hawaii

In re **Pacific Links US Holdings, Inc.**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Pacific Links US Holdings, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Pacific Links International Company**
**255 Duncan Mill Road, Suite 307**
**Toronto, Ontario M3B 3H9**
**CANADA**

☐ None [*Check if applicable*]

**February 1, 2021**
Date

**/s/ Chuck C. Choi**
**Chuck C. Choi**
Signature of Attorney or Litigant
Counsel for **Pacific Links US Holdings, Inc.**
**Choi & Ito**
**700 Bishop Street, Suite 1107**
**Honolulu, HI 96813**
**808-533-1877 Fax:808-566-6900**
**cchoi@hibklaw.com**