CHOI & ITO
Attorneys at Law

CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Tel: (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com
       aito@hibklaw.com

Proposed Counsel for
Debtors and Debtors-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PACIFIC LINKS U.S. HOLDINGS, INC., a Delaware Corporation,<br><br>    Debtor and<br>    Debtor-in-possession | **Case No. 21-00094**<br>(Chapter 11) |
| In re<br>HAWAII MVCC, LLC, a Hawaii Limited Liability Company,<br><br>    Debtor and<br>    Debtor-in-possession | **Case No. 21-00095**<br>(Chapter 11) |

| | |
|---|---|
| In re<br>HAWAII MGCW, LLC, a Hawaii Limited Liability Company,<br><br>    Debtor and<br>    Debtor-in-possession | **Case No. 21-00096**<br>(Chapter 11) |
| In re<br>MDRE LLC,<br><br>    Debtor and<br>    Debtor-in-possession | **Case No. 21-00097**<br>(Chapter 11) |
| In re<br>MDRE 2 LLC,<br><br>    Debtor and<br>    Debtor-in-possession | **Case No. 21-00098**<br>(Chapter 11) |
| In re<br>MDRE 3 LLC,<br><br>    Debtor and<br>    Debtor-in-possession | **Case No. 21-00099**<br>(Chapter 11) |
| In re<br>MDRE 4 LLC,<br><br>    Debtor and<br>    Debtor-in-possession | **Case No. 21-00100**<br>(Chapter 11) |

| In re<br>MDRE 5 LLC,<br><br>   Debtor and<br>   Debtor-in-possession | Case No. 21-00101<br>(Chapter 11)<br><br>EX PARTE MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CASES; DECLARATION OF WEI ZHOU<br><br>JUDGE: HON. ROBERT J. FARIS |
|---|---|

# EX PARTE MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CASES

PACIFIC LINKS U.S. HOLDINGS INC., HAWAII MVCC LLC ("MVCC"), HAWAII MGCW LLC ("MGCW"), MDRE LLC ("MDRE"), MDRE 2 LLC ("MDRE 2"), MDRE 3 LLC ("MDRE 3"), MDRE 4 LLC ("MDRE 4"), and MDRE 5 LLC ("MDRE 5"), debtors and debtors-in-possession (collectively the "Debtors" or the "Companies"), hereby move this Court for an order directing joint administration of the Debtors' cases, pursuant to Fed. R. Bankr. P. Rule 1015(b) and LBR 1015-1. The Debtors respectfully represent as follows:

  1.  On February 1, 2021, the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

  2.  The Debtors continue to operate and manage their businesses, as debtors-in-possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

  3.  No creditors' committee has yet been appointed in these cases. No trustee or examiner has been appointed.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 158(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## THE DEBTORS' BUSINESS OPERATIONS

5. PACIFIC LINKS U.S. HOLDINGS, INC. ("PLUSH") is a Delaware Corporation. Its only assets are interests in seven Hawaii limited liability companies, MVCC, MGCW, MDRE, MDRE 2, MDRE 3, MDRE 4, and MDRE 5 (collectively, the "Subsidiary Debtors"). The Subsidiary Debtors collectively own approximately 644 acres of entitled development property commonly referred to as the "Makaha Valley Resort" project ("Makaha Valley Resort"), including two golf courses, one which, the Makaha Valley Country Club (owned and operated by MVCC) remains open for business.

6. By this motion, the Debtors request entry of an order directing joint administration of the Debtors' cases.

7. In furtherance of the foregoing, the Debtors request that the official caption used by all parties in all pleadings in the jointly administered cases be as follows:

| In re | **Case No. 21-00094** |
|---|---|
| PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware Corporation, | (Chapter 11)<br>(Jointly Administered) |

4

| |
|---|
| Debtor and Debtor-in-possession |

| |
|---|
| This document relates to: ALL CASES |

8.  The Subsidiary Debtors are affiliates of PLUSH within the meaning of section 101(2) of the Bankruptcy Code in that all of the outstanding shares and interests are owned by PLUSH.

9.  Rule 1015 of the Federal Rules of Bankruptcy Procedure authorizes this Court to order the joint administration of the related cases to avoid unnecessary costs and delay. Entry of an order directing the joint administration of these cases will eliminate duplicative filings with this Court and duplicative notices to creditors, thereby facilitating the efficient and economical administration of the Debtors' estates.

WHEREFORE, the Debtors respectfully request that this Court enter an order directing the joint administration of the Debtors' respective chapter 11 cases as proposed herein, and grant such other and further relief as the Court finds just and proper.

DATED: Honolulu, Hawaii, February 1, 2021.

/s/ Chuck C. Choi
CHUCK C. CHOI
ALLISON A. ITO
Proposed Counsel for Debtor
and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PACIFIC LINKS U.S. HOLDINGS, INC., a Delaware Corporation,<br><br>    Debtor and<br>    Debtor-in-possession | **Case No. 21-00094**<br>(Chapter 11) |
| In re<br>HAWAII MVCC, LLC, a Hawaii Limited Liability Company,<br><br>    Debtor and<br>    Debtor-in-possession | **Case No. 21-00095**<br>(Chapter 11) |
| In re<br>HAWAII MGCW, LLC, a Hawaii Limited Liability Company,<br><br>    Debtor and<br>    Debtor-in-possession | **Case No. 21-00096**<br>(Chapter 11) |
| In re<br>MDRE LLC,<br><br>    Debtor and<br>    Debtor-in-possession | **Case No. 21-00097**<br>(Chapter 11) |

1

| | |
|---|---|
| In re<br>MDRE 2 LLC,<br><br>  Debtor and<br>  Debtor-in-possession | **Case No. 21-00098**<br>(Chapter 11) |
| In re<br>MDRE 3 LLC,<br><br>  Debtor and<br>  Debtor-in-possession | **Case No. 21-00099**<br>(Chapter 11) |
| In re<br>MDRE 4 LLC,<br><br>  Debtor and<br>  Debtor-in-possession | **Case No. 21-00100**<br>(Chapter 11) |
| In re<br>MDRE 5 LLC,<br><br>  Debtor and<br>  Debtor-in-possession | **Case No. 21-00101**<br>(Chapter 11) |

# DECLARATION OF WEI ZHOU

I, WEI ZHOU, hereby declare that:

1. I am the President of Pacific Links U.S. Holdings, Inc. ("PLUSH") and the manager of Hawaii MVCC LLC, Hawaii MGCW LLC, MDRE LLC,

MDRE 2 LLC, MDRE 3 LLC, MDRE 4 LLC, and MDRE 5 LLC (collectively with PLUSH, the "Debtors").

2. I could and would testify competently of my own personal knowledge as set forth below.

3. I have read the memorandum in support of *EX PARTE MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CASES*, and all of the statements of fact therein as it relates to the Debtors are true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: North York, Ontario, Canada, February 1, 2021.

_____
Wei Zhou

9

U.S. Bankruptcy Court - Hawaii   #21-00094   Dkt # 4   Filed 02/01/21   Page 9 of 9