CHOI & ITO
Attorneys At Law

CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
E-Mail: cchoi@hibklaw.com
aito@hibklaw.com

Proposed Attorneys for Debtor and
Debtor-in-Possession

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware Corporation,<br><br>    Debtor and<br>    Debtor-in-possession<br><br>This document relates to:<br>ALL CASES<br><br><br>83088 | **Case No. 21-00094**<br>(Chapter 11)<br>(Jointly Administered)<br><br>**AMENDED** NOTICE OF HEARING ON DEBTORS' FIRST DAY MOTIONS AND MOTION FOR POST-PETITION FINANCING<br><br>Old Hearing:<br>Date: February 22, 2021<br>Time: 2:00 p.m.<br>Judge: Hon. Robert J. Faris<br><br>**New** Hearing Date:<br>Date: March 8, 2021<br>Time: 2:00 p.m.<br>Judge: Hon. Robert J. Faris<br><br>[Related to Dkt. Nos. 7, 9, 10, 24] |

1

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE is hereby given that the hearing on various Motions described below, which were scheduled to be heard on February 22, 2021 at 2:00 p.m. have been continued and will now be heard on **March 8, 2021 at 2:00 p.m. (Hawaii Standard Time)**, in the Courtroom of the Honorable Robert J. Faris, United States Bankruptcy Judge, located at Courtroom 350L, 1132 Bishop Street, Honolulu, Hawaii. The hearing will be held telephonically.

   **Toll-free number (866) 390-1828**
   **Access code  3287676**

Attendance by creditors and other parties in interest is welcome, but not required.

The Motions for which a hearing will be continued and held at the time, date and place indicated above, are identified as follows:

 (1) *Motion For Order Authorizing Debtor To Use Cash Collateral Pursuant to Stipulation* [Dkt. #7];

 (2) *Motion For Order Under 11 U.S.C. §§ 105(A) And 366(C) (I) Prohibiting Utilities From Altering Or Discontinuing Services On Account Of Pre-Petition Invoices, And (II) Establishing Procedures To Determine Requests For Additional Assurance Of Payment* [Dkt. #9];

 (3) *Application For Order Authorizing Debtors To Employ Choi & Ito As Bankruptcy Counsel* [Dkt. #10]; and

U.S. Bankruptcy Court - Hawaii   #21-00094   Dkt # 41   Filed   02/11/21   Page 2 of 3

(4) *Motion for Order Authorizing Debtors to Obtain Postpetition Secured Indebtedness* [Dkt. #24].

NOTICE IS ALSO HEREBY GIVEN that oppositions/responses to the Motions must be filed by **March 1, 2021**, and any reply to any response shall be filed by **March 5, 2021.**

The Motions, including exhibits and declarations in support thereof, may be obtained from the Debtors' undersigned counsel or inspected at the office of the Clerk of the Court during normal business hours.

DATED: Honolulu, Hawaii, February 11, 2021.

/s/ Allison A. Ito
CHUCK C. CHOI
ALLISON A. ITO
Proposed Attorneys for Debtor
and Debtor-in-Possession