H2002g (12/15)

Filer's Name, Address, Phone, email:

MICHAEL A. YOSHIDA #2559-0
may@hawaiilawyer.com
ROSS UEHARA-TILTON #10743-0
rut@hawaiilawyer.com
Damon Key Leong Kupchak Hastert
1003 Bishop Street, Suite 1600, Honolulu, Hawaii 96813
Tel: (808) 531-8031



**UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

Debtor(s): PACIFIC LINKS US HOLDINGS, INC.

Case No.: 21-00094 (Joint Admin.)

# NOTICE OF CHANGE OF MAILING ADDRESS
*[See instructions at bottom for correct use of this form.]*

NOTICE IS GIVEN of the following change of **mailing address**, effective now, or on _____.

☑ This is the address where notices and other documents should be sent to the **debtor(s)**.

☐ This is the address where notices should be sent to a **creditor** or other **party in interest**. (This notice must be filed in all pending cases.)

| Name and *OLD* mailing address: | Name and *NEW* address: |
|---|---|
| RUDOLPH J. ANDERSON<br>6103 Tarawood Drive<br>Orlando, Florida 32819 | RUDOLPH J. ANDERSON<br>1302 Exeter Place<br>Lanoka Harbor, New Jersey 08734 |

The undersigned declares under penalty of perjury that the information above is true and correct to the best of my knowledge.

Date: 02/22/2021    /s/ ROSS UEHARA-TILTON
                    [Print name and sign]

• For a change of a payment or notice address related to a claim, use **Notice of Change of Address (Proof of Claim)**
• For a change of the creditor's name for a proof of claim, file a **Notice of Transfer of Claim** (fee required)
• To add a creditor to a case, file an **Amended Creditor List** (fee required)
• To correct or change the name of a debtor (e.g., due to marriage or divorce), use **Debtor's Notice of Name Change**
• For a change of an attorney's address or firm affiliation, use **Attorney's Notice of Change of Address or Firm Affiliation**