CHOI & ITO
Attorneys at Law

CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
Email:  cchoi@hibklaw.com;
aito@hibklaw.com

Proposed Attorneys for Debtors
and Debtors-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| In re<br><br>PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware Corporation,<br><br>　　　　Debtor and<br>　　　　Debtor-in-possession | **Case No.  21-00094**<br>(Chapter 11)<br>(Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**<br><br>**Hearing Date**<br>Date:　March 8, 2021<br>Time:　2:00 p.m.<br>Judge: Hon. Robert J. Faris<br><br>**Continued Hearing Date**<br>Date:　May 24, 2021<br>Time:　2:00 p.m.<br>Judge:  Hon. Robert Faris<br><br>[Related to dkt. # 7, 20, 39, 41] |
| This document relates to:<br>HAWAII MVCC, LLC<br>(Bk. No. 21-00095) | |

1

# NOTICE OF CONTINUED HEARING ON MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

NOTICE IS HEREBY GIVEN that the hearing on the Debtor's Cash Collateral Motion filed by Hawaii MVCC, LLC scheduled for March 8, 2021 before the Honorable Robert J. Faris was heard, and has been continued to May 24, 2021 at 2:00 p.m., in the Courtroom of the Honorable Robert Faris, Bankruptcy Judge, located at 1132 Bishop Street, Suite 250-L, Honolulu, Hawaii 96813.

**NOTE: The hearing will be held via telephonic conference:**
Toll-free number: (866) 390-1828
Access Code: 3287676

NOTICE IS FURTHER GIVEN that such hearing may be adjourned from time to time without further notice of the adjournment date other than by announcement of the adjourned date or dates at said hearing, or by the posting of a notice of the continuance on the Court's bulletin board in the Bankruptcy Courthouse on the date of the hearing.

DATED: Honolulu, Hawaii, March 11, 2021.

/s/Chuck C. Choi
CHUCK C. CHOI
ALLISON A. ITO
Proposed Attorneys for
Debtors and Debtors-in-Possession