CHOI & ITO
Attorneys at Law

CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com
Email: aito@hibklaw.com

Attorneys for Debtor
and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PACIFIC LINKS U.S. HOLDINGS, INC., a Delaware Corporation,<br><br>Debtor and<br>Debtor-in-possession | **Case No. 21-00094**<br>(Chapter 11)<br>(Jointly Administered) |
| This document relates to:<br><br>ALL CASES | <u>Confirmation Hearing</u><br>Date: March 21, 2022<br>Time: 2:00 p.m.<br>Judge: Hon. Robert J. Faris<br>[Relates to dkt. #319] |

DECLARATION OF ALLISON A. ITO REGARDING TABULATION OF
BALLOTS IN SUPPORT OF CONFIRMATION OF *SECOND AMENDED
PROPOSED JOINT CHAPTER 11 PLAN*;
<u>EXHIBITS A-B</u>

    I, ALLISON A. ITO, hereby declare:

84392

1. I am one of the attorneys for Pacific Links U.S. Holdings, Inc. ("PLUSH"), Hawaii MVCC LLC, Hawaii MGCW LLC, MDRE LLC, MDRE 2 LLC, MDRE 3 LLC, MDRE 4 LLC, and MDRE 5 LLC, debtors and debtors-in-possession herein (collectively, the "Debtors").

2. I am over the age of 18 years and I am competent to make this declaration and do so based on personal knowledge, except as otherwise indicated.

3. I make this Declaration in support of the confirmation of the *Second Amended Proposed Joint Chapter 11 Plan* (the "Plan"). Terms used herein and not otherwise defined shall have the meanings given them in the Plan.

4. On December 29, 2021, the Court entered its *Order Approving Disclosure Statement for [Plan], Balloting Procedures and Scheduling Deadlines; Exhibits "A"-"C"* (the "Disclosure Statement Order"). *See* docket #350.

5. The Disclosure Statement Order, amongst other things, authorized the Debtor to mail solicitation packages consisting of the Plan and Disclosure Statement, and any applicable ballot on or before July 5, 2021. *See* Order at pdf 3.

6. The Disclosure Statement Order also fixed March 7, 2022, at 4:00 p.m. Hawaii Standard Time as the deadline for all eligible creditors to submit ballots accepting or rejecting the Plan. *Id*. at pdf 3.

7. I supervised the mailing of the Plan solicitation packages, which were sent on or before the January 7, 2022 deadline (*see* Certificate of Service filed on

2

January 18, 2022, as docket # 358-365 inclusive) and for receiving and tabulating all timely acceptances and rejections of ballots for the Plan.

8.    Two of the thirteen ballots were from Zhouren Lou (one submitted by Zhouren Lou, and one by Zhouren Lou's attorney).  Both ballots were Class 6 ballots cast for identical amounts.  The second claim of Zhouren Lou (from counsel) is not counted as duplicative.

9.    PLUSH listed Anjie Sun as a "Disputed" creditor in an "Unknown" amount on its schedule F.  Anjie Sun failed to file a Proof Claim by the bar date of June 10, 2021, but she cast a ballot.   Anjie Sun's ballot is not counted.

10.    Attached hereto as Exhibit A are true and correct copies of all thirteen (13) ballots received by our office on or before the voting deadline.

11.    Attached hereto as Exhibit B is a Ballot Tabulation prepared under my supervision that summarizes the ballots cast in the Debtor's case.

12.    For purposes of calculating the balloting totals:

    a.  I used the amounts asserted by the creditor in its ballot without regard to any amounts listed in the creditor's filed proof of claim.

    b.  Where the creditor failed to indicate an amount in the ballot, I used the amount listed in the Debtor's Schedules, or the amount asserted in any proof of claim in calculating their ballots.

3

13.     As indicated by the Ballot Tabulation, creditors in Classes 3, 5, 6 and 7 voted as follows:

a. <u>Class 3 Rejection</u>–Tianjin Dinghui Hongjun Equity Investment-asserting $102,103,995.00 in claims voted to reject the Plan.

b. <u>Class 5 Acceptance</u> – Rudy Anderson asserting $1,280,932.74 in claims voted to accept the Plan.

c. <u>Class 6 Acceptance</u> – Five (5) creditors asserting $1,501,031.83 in claims voted to accept the Plan.

d. <u>Class 7 Acceptance</u> – Three (3) creditors asserting $506,467.55 in claims voted to accept the Plan.

e. <u>Class 7 Rejection</u> – One (1) creditor asserting $62,483.85 in claims voted to reject the Plan.

14.     Based on the foregoing, impaired creditors in Classes 5, 6, and 7 have voted to accept the Plan in accordance with 11 U.S.C. § 1126(c).

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information, and belief.

DATED:  Honolulu, Hawaii, March 14, 2022.

/s/ Allison A. Ito
ALLISON A. ITO

U.S. Bankruptcy Court - Hawaii   #21-00094   Dkt # 456   Filed  03/14/22   Page 4 of 32

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware Corporation,<br><br>            Debtor and<br>            Debtor-in-possession | Case No.  21-00094<br>(Chapter 11)<br>(Jointly Administered) |
| This document relates to:<br>ALL CASES | |

## BALLOT FOR **CLASS #3** CREDITORS
## TO ACCEPT OR REJECT *JOINT CHAPTER 11 PLAN*

On February 1, 2021, PACIFIC LINKS U.S. HOLDINGS, INC. a Delaware corporation, HAWAII MVCC LLC, a Hawaii limited liability company, HAWAII MGCW LLC, a Hawaii limited liability company, MDRE LLC, a Hawaii limited liability company, MDRE 2 LLC, a Hawaii limited liability company, MDRE 3 LLC, a Hawaii limited liability company, MDRE 4 LLC, a Hawaii limited liability company, and MDRE 5 LLC, a Hawaii limited liability company (collectively, "Debtors"), each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Hawaii ("Court").

On November 26, 2021, the Debtors filed their Second Amended Joint Chapter 11 Plan (the "Plan") and their Disclosure Statement Dated November 26, 2021 for [the Plan] (the "Disclosure Statement").

On December 29, 2021, the Court approved the Disclosure Statement, which is intended to assist you in deciding whether to vote for or against the Plan. The Court's approval of the Disclosure Statement does not indicate its approval of the Plan.

You should review the Plan and the Disclosure Statement before you vote. You may wish to seek legal, financial, and other advice concerning the Plan and your classification and treatment under the Plan, and the tax consequences arising from the Plan. If the Court confirms the Plan, it will be binding on you whether or not you vote.

The Plan classifies at least one of your claims into <u>Class #3</u>. If you hold claims that have been classified into other classes, you should receive a ballot for each class for which you are entitled to vote. If you do not, please contact the undersigned counsel for the Debtors.

This Ballot is to be used for casting votes to accept or reject the Plan. The Plan can be confirmed by the Court if it is accepted by holders of two-thirds in amount and more than one-half in number of claims of those actually voting in each class of claims under the Plan. The Court may also confirm the Plan even if the required acceptances are not obtained if the Plan satisfies the requirements of section 1129(b) of the Bankruptcy Code.

FOR YOUR VOTE TO BE COUNTED, YOU MUST COMPLETE THE BALLOT AND THEN RETURN THE BALLOT ON A TIMELY BASIS. The Ballot must be received at the following address on or before March 7, 2022, by 4:00 p.m. Hawaiian Standard Time:

1

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hibklaw.com

    If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

<u>ACCEPTANCE OR REJECTION OF PLAN</u>

The undersigned, a holder of a <u>Class #3</u> Claim against the Debtors in the amount of:
$ _102,103,998.00_ (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

☐ **TO ACCEPT THE PLAN**　　　✓ **TO REJECT THE PLAN**

    By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

_march 4, 2022_
Date

_Tianjin Qinghui Hongjun Equity Investment Partnership_
Print or type name of creditor

_/s/ Ted N. Pettit, Esq._
Signature

If authorized agent, name and title

_737 Bishop St., #2600_
_Honolulu, HI 96813_
Address

_808-547-5400_
Telephone

_tnp@caselombardi.com_
Facsimile or email

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware Corporation,<br><br>        Debtor and<br>        Debtor-in-possession | **Case No. 21-00094**<br>(Chapter 11)<br>(Jointly Administered) |
| This document relates to:<br>ALL CASES | |

BALLOT FOR **CLASS #5** CREDITORS
TO ACCEPT OR REJECT *JOINT CHAPTER 11 PLAN*

On February 1, 2021, PACIFIC LINKS U.S. HOLDINGS, INC. a Delaware corporation, HAWAII MVCC LLC, a Hawaii limited liability company, HAWAII MGCW LLC, a Hawaii limited liability company, MDRE LLC, a Hawaii limited liability company, MDRE 2 LLC, a Hawaii limited liability company, MDRE 3 LLC, a Hawaii limited liability company, MDRE 4 LLC, a Hawaii limited liability company, and MDRE 5 LLC, a Hawaii limited liability company (collectively, "Debtors"), each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Hawaii ("Court").

On November 26, 2021, the Debtors filed their Second Amended Joint Chapter 11 Plan (the "Plan") and their Disclosure Statement Dated November 26, 2021 for [the Plan] (the "Disclosure Statement").

On December 29, 2021, the Court approved the Disclosure Statement, which is intended to assist you in deciding whether to vote for or against the Plan. The Court's approval of the Disclosure Statement does not indicate its approval of the Plan.

You should review the Plan and the Disclosure Statement before you vote. You may wish to seek legal, financial, and other advice concerning the Plan and your classification and treatment under the Plan, and the tax consequences arising from the Plan. If the Court confirms the Plan, it will be binding on you whether or not you vote.

The Plan classifies at least one of your claims into Class #5. If you hold claims that have been classified into other classes, you should receive a ballot for each class for which you are entitled to vote. If you do not, please contact the undersigned counsel for the Debtors.

This Ballot is to be used for casting votes to accept or reject the Plan. The Plan can be confirmed by the Court if it is accepted by holders of two-thirds in amount and more than one-half in number of claims of those actually voting in each class of claims under the Plan. The Court may also confirm the Plan even if the required acceptances are not obtained if the Plan satisfies the requirements of section 1129(b) of the Bankruptcy Code.

FOR YOUR VOTE TO BE COUNTED, YOU MUST COMPLETE THE BALLOT AND THEN RETURN THE BALLOT ON A TIMELY BASIS. The Ballot must be received at the following address on or before March 7, 2022, by 4:00 p.m. Hawaiian Standard Time:

U.S. Bankruptcy Court - Hawaii   #21-00094   Dkt # 456   Filed  03/14/22   Page 8 of 32

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hibklaw.com

If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

<u>ACCEPTANCE OR REJECTION OF PLAN</u>

The undersigned, a holder of a <u>Class #5</u> Claim against the Debtors in the amount of: $ _1,280,932.74_ (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

[X] **TO ACCEPT THE PLAN**    [ ] **TO REJECT THE PLAN**

By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

_MARCH 7, 2022_
Date

_RUDOLPH J. ANDERSON_
Print or type name of creditor

_[signature]_
Signature

_____
If authorized agent, name and title

_____

_1302 EXETER PLACE LANOHA HARBOR NJ 08734_
Address

_407 963 4210_
Telephone

_Rudy.Anderson14 @ Gmail.com_
Facsimile or email

U.S. Bankruptcy Court - Hawaii  #21-00094  Dkt # 456  Filed  03/14/22  Page 9 of 32

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware Corporation,<br><br>         Debtor and<br>         Debtor-in-possession | **Case No. 21-00094**<br>(Chapter 11)<br>(Jointly Administered) |
| This document relates to:<br>ALL CASES | |

## BALLOT FOR **CLASS #6** CREDITORS
## TO ACCEPT OR REJECT *JOINT CHAPTER 11 PLAN*

On February 1, 2021, PACIFIC LINKS U.S. HOLDINGS, INC. a Delaware corporation, HAWAII MVCC LLC, a Hawaii limited liability company, HAWAII MGCW LLC, a Hawaii limited liability company, MDRE LLC, a Hawaii limited liability company, MDRE 2 LLC, a Hawaii limited liability company, MDRE 3 LLC, a Hawaii limited liability company, MDRE 4 LLC, a Hawaii limited liability company, and MDRE 5 LLC, a Hawaii limited liability company (collectively, "Debtors"), each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Hawaii ("Court").

On November 26, 2021, the Debtors filed their Second Amended Joint Chapter 11 Plan (the "Plan") and their Disclosure Statement Dated November 26, 2021 for [the Plan] (the "Disclosure Statement").

On December 29, 2021, the Court approved the Disclosure Statement, which is intended to assist you in deciding whether to vote for or against the Plan. The Court's approval of the Disclosure Statement does not indicate its approval of the Plan.

You should review the Plan and the Disclosure Statement before you vote. You may wish to seek legal, financial, and other advice concerning the Plan and your classification and treatment under the Plan, and the tax consequences arising from the Plan. If the Court confirms the Plan, it will be binding on you whether or not you vote.

The Plan classifies at least one of your claims into Class #6. If you hold claims that have been classified into other classes, you should receive a ballot for each class for which you are entitled to vote. If you do not, please contact the undersigned counsel for the Debtors.

This Ballot is to be used for casting votes to accept or reject the Plan. The Plan can be confirmed by the Court if it is accepted by holders of two-thirds in amount and more than one-half in number of claims of those actually voting in each class of claims under the Plan. The Court may also confirm the Plan even if the required acceptances are not obtained if the Plan satisfies the requirements of section 1129(b) of the Bankruptcy Code.

FOR YOUR VOTE TO BE COUNTED, YOU MUST COMPLETE THE BALLOT AND THEN RETURN THE BALLOT ON A TIMELY BASIS. The Ballot must be received at the following address on or before March 7, 2022, by 4:00 p.m. Hawaiian Standard Time:

1

MAR 15 2022

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hibklaw.com

    If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

<u>ACCEPTANCE OR REJECTION OF PLAN</u>

    The undersigned, a holder of a <u>Class #6</u> Claim against the Debtors in the amount of:
$ _423617.31_ (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

[✓] **TO ACCEPT THE PLAN**     [ ] **TO REJECT THE PLAN**

    By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

_3/2/2022_
Date

_Zhouren Lou_
Print or type name of creditor

_Lou Yufan_
Signature

_Yufan Lou_
If authorized agent, name and title

_5855 213th St_
_Bayside Hills, NY 11364_
Address

_5182488008_
Telephone

_loganlyf @ gmail.com_
Facsimile or email

2

MAR / 5 2022
U.S. Bankruptcy Court - Hawaii   #21-00094   Dkt # 456   Filed  03/14/22   Page 11 of 32

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

In re

PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware
Corporation,

         Debtor and
         Debtor-in-possession

**Case No.  21-00094**
(Chapter 11)
(Jointly Administered)

This document relates to:
ALL CASES

BALLOT FOR **CLASS** #6 CREDITORS
TO ACCEPT OR REJECT *JOINT CHAPTER 11 PLAN*

On February 1, 2021, PACIFIC LINKS U.S. HOLDINGS, INC. a Delaware corporation, HAWAII MVCC LLC, a Hawaii limited liability company, HAWAII MGCW LLC, a Hawaii limited liability company, MDRE LLC, a Hawaii limited liability company, MDRE 2 LLC, a Hawaii limited liability company, MDRE 3 LLC, a Hawaii limited liability company, MDRE 4 LLC, a Hawaii limited liability company, and MDRE 5 LLC, a Hawaii limited liability company (collectively, "Debtors"), each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Hawaii ("Court").

On November 26, 2021, the Debtors filed their Second Amended Joint Chapter 11 Plan (the "Plan") and their Disclosure Statement Dated November 26, 2021 for [the Plan] (the "Disclosure Statement").

On December 29, 2021, the Court approved the Disclosure Statement, which is intended to assist you in deciding whether to vote for or against the Plan.  The Court's approval of the Disclosure Statement does not indicate its approval of the Plan.

You should review the Plan and the Disclosure Statement before you vote.  You may wish to seek legal, financial, and other advice concerning the Plan and your classification and treatment under the Plan, and the tax consequences arising from the Plan.  If the Court confirms the Plan, it will be binding on you whether or not you vote.

The Plan classifies at least one of your claims into Class #6.  If you hold claims that have been classified into other classes, you should receive a ballot for each class for which you are entitled to vote.  If you do not, please contact the undersigned counsel for the Debtors.

This Ballot is to be used for casting votes to accept or reject the Plan.  The Plan can be confirmed by the Court if it is accepted by holders of two-thirds in amount and more than one-half in number of claims of those actually voting in each class of claims under the Plan.  The Court may also confirm the Plan even if the required acceptances are not obtained if the Plan satisfies the requirements of section 1129(b) of the Bankruptcy Code.

FOR YOUR VOTE TO BE COUNTED, YOU MUST COMPLETE THE BALLOT AND THEN RETURN THE BALLOT ON A TIMELY BASIS.  The Ballot must be received at the following address on or before March 7, 2022, by 4:00 p.m. Hawaiian Standard Time:

1

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hibklaw.com

If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

<u>ACCEPTANCE OR REJECTION OF PLAN</u>

The undersigned, a holder of a <u>Class #6</u> Claim against the Debtors in the amount of: $ 423,617.31_____ (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

[✔] **TO ACCEPT THE PLAN**     [ ] **TO REJECT THE PLAN**

By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

3/7/2022_____
*Date*

Zhouren Lou_____
*Print or type name of creditor*

*[signature]*
*Signature*

Stephen S. LaPlante, Attorney for Zhouren Lou
*If authorized agent, name and title*

150 West Jefferson Ave., Suite 2500
*Address*

Detroit, MI 48226

(313) 496-8452
*Telephone*

laplante@millercanfield.com
*Facsimile or email*

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware Corporation,<br><br>        Debtor and<br>        Debtor-in-possession | **Case No. 21-00094**<br>(Chapter 11)<br>(Jointly Administered) |
| This document relates to:<br>ALL CASES | |

BALLOT FOR **CLASS #6** CREDITORS
TO ACCEPT OR REJECT *JOINT CHAPTER 11 PLAN*

On February 1, 2021, PACIFIC LINKS U.S. HOLDINGS, INC. a Delaware corporation, HAWAII MVCC LLC, a Hawaii limited liability company, HAWAII MGCW LLC, a Hawaii limited liability company, MDRE LLC, a Hawaii limited liability company, MDRE 2 LLC, a Hawaii limited liability company, MDRE 3 LLC, a Hawaii limited liability company, MDRE 4 LLC, a Hawaii limited liability company, and MDRE 5 LLC, a Hawaii limited liability company (collectively, "Debtors"), each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Hawaii ("Court").

On November 26, 2021, the Debtors filed their Second Amended Joint Chapter 11 Plan (the "Plan") and their Disclosure Statement Dated November 26, 2021 for [the Plan] (the "Disclosure Statement").

On December 29, 2021, the Court approved the Disclosure Statement, which is intended to assist you in deciding whether to vote for or against the Plan. The Court's approval of the Disclosure Statement does not indicate its approval of the Plan.

You should review the Plan and the Disclosure Statement before you vote. You may wish to seek legal, financial, and other advice concerning the Plan and your classification and treatment under the Plan, and the tax consequences arising from the Plan. If the Court confirms the Plan, it will be binding on you whether or not you vote.

The Plan classifies at least one of your claims into Class #6. If you hold claims that have been classified into other classes, you should receive a ballot for each class for which you are entitled to vote. If you do not, please contact the undersigned counsel for the Debtors.

This Ballot is to be used for casting votes to accept or reject the Plan. The Plan can be confirmed by the Court if it is accepted by holders of two-thirds in amount and more than one-half in number of claims of those actually voting in each class of claims under the Plan. The Court may also confirm the Plan even if the required acceptances are not obtained if the Plan satisfies the requirements of section 1129(b) of the Bankruptcy Code.

FOR YOUR VOTE TO BE COUNTED, YOU MUST COMPLETE THE BALLOT AND THEN RETURN THE BALLOT ON A TIMELY BASIS. The Ballot must be received at the following address on or before March 7, 2022, by 4:00 p.m. Hawaiian Standard Time:

1

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hibklaw.com

If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

<u>ACCEPTANCE OR REJECTION OF PLAN</u>

The undersigned, a holder of a <u>Class #6</u> Claim against the Debtors in the amount of: $ 472,661.52 _____ (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

☑ 

**TO ACCEPT THE PLAN**

☐

**TO REJECT THE PLAN**

By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

3/7/2022 _____
*Date*

Lijun Qian _____
*Print or type name of creditor*

*[signature]*
*Signature*

Stephen S. LaPlante, Attorney for Lijun Qian
*If authorized agent, name and title*

150 West Jefferson Ave., Suite 2500

Detroit, MI 48226
*Address*

(313) 496-8452
*Telephone*

laplante@millercanfield.com
*Facsimile or email*

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

In re

PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware
Corporation,

        Debtor and
        Debtor-in-possession

**Case No. 21-00094**
(Chapter 11)
(Jointly Administered)

This document relates to:
ALL CASES

## BALLOT FOR **CLASS #6** CREDITORS
## TO ACCEPT OR REJECT *JOINT CHAPTER 11 PLAN*

On February 1, 2021, PACIFIC LINKS U.S. HOLDINGS, INC. a Delaware corporation, HAWAII MVCC LLC, a Hawaii limited liability company, HAWAII MGCW LLC, a Hawaii limited liability company, MDRE LLC, a Hawaii limited liability company, MDRE 2 LLC, a Hawaii limited liability company, MDRE 3 LLC, a Hawaii limited liability company, MDRE 4 LLC, a Hawaii limited liability company, and MDRE 5 LLC, a Hawaii limited liability company (collectively, "Debtors"), each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Hawaii ("Court").

On November 26, 2021, the Debtors filed their Second Amended Joint Chapter 11 Plan (the "Plan") and their Disclosure Statement Dated November 26, 2021 for [the Plan] (the "Disclosure Statement").

On December 29, 2021, the Court approved the Disclosure Statement, which is intended to assist you in deciding whether to vote for or against the Plan. The Court's approval of the Disclosure Statement does not indicate its approval of the Plan.

You should review the Plan and the Disclosure Statement before you vote. You may wish to seek legal, financial, and other advice concerning the Plan and your classification and treatment under the Plan, and the tax consequences arising from the Plan. If the Court confirms the Plan, it will be binding on you whether or not you vote.

The Plan classifies at least one of your claims into Class #6. If you hold claims that have been classified into other classes, you should receive a ballot for each class for which you are entitled to vote. If you do not, please contact the undersigned counsel for the Debtors.

This Ballot is to be used for casting votes to accept or reject the Plan. The Plan can be confirmed by the Court if it is accepted by holders of two-thirds in amount and more than one-half in number of claims of those actually voting in each class of claims under the Plan. The Court may also confirm the Plan even if the required acceptances are not obtained if the Plan satisfies the requirements of section 1129(b) of the Bankruptcy Code.

FOR YOUR VOTE TO BE COUNTED, YOU MUST COMPLETE THE BALLOT AND THEN RETURN THE BALLOT ON A TIMELY BASIS. The Ballot must be received at the following address on or before March 7, 2022, by 4:00 p.m. Hawaiian Standard Time:

1

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hibklaw.com

If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, a holder of a <u>Class #6</u> Claim against the Debtors in the amount of:
$ 248,150.00 _____ (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

☑

**TO ACCEPT THE PLAN**            ☐

**TO REJECT THE PLAN**

By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

3/7/2022 _____
*Date*

Bi Shengyang _____
*Print or type name of creditor*

*Signature*

Stephen S. LaPlante, Attorney for Bi Shengyang
*If authorized agent, name and title*

150 West Jefferson Ave., Suite 2500

Detroit, MI 48226
*Address*

(313) 496-8452
*Telephone*

laplante@millercanfield.com
*Facsimile or email*

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | **Case No. 21-00094**<br>(Chapter 11)<br>(Jointly Administered) |
| PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware Corporation, | |
| Debtor and<br>Debtor-in-possession | |
| This document relates to:<br>ALL CASES | |

BALLOT FOR **CLASS #6** CREDITORS
TO ACCEPT OR REJECT *JOINT CHAPTER 11 PLAN*

On February 1, 2021, PACIFIC LINKS U.S. HOLDINGS, INC. a Delaware corporation, HAWAII MVCC LLC, a Hawaii limited liability company, HAWAII MGCW LLC, a Hawaii limited liability company, MDRE LLC, a Hawaii limited liability company, MDRE 2 LLC, a Hawaii limited liability company, MDRE 3 LLC, a Hawaii limited liability company, MDRE 4 LLC, a Hawaii limited liability company, and MDRE 5 LLC, a Hawaii limited liability company (collectively, "Debtors"), each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Hawaii ("Court").

On November 26, 2021, the Debtors filed their Second Amended Joint Chapter 11 Plan (the "Plan") and their Disclosure Statement Dated November 26, 2021 for [the Plan] (the "Disclosure Statement").

On December 29, 2021, the Court approved the Disclosure Statement, which is intended to assist you in deciding whether to vote for or against the Plan. The Court's approval of the Disclosure Statement does not indicate its approval of the Plan.

You should review the Plan and the Disclosure Statement before you vote. You may wish to seek legal, financial, and other advice concerning the Plan and your classification and treatment under the Plan, and the tax consequences arising from the Plan. If the Court confirms the Plan, it will be binding on you whether or not you vote.

The Plan classifies at least one of your claims into Class #6. If you hold claims that have been classified into other classes, you should receive a ballot for each class for which you are entitled to vote. If you do not, please contact the undersigned counsel for the Debtors.

This Ballot is to be used for casting votes to accept or reject the Plan. The Plan can be confirmed by the Court if it is accepted by holders of two-thirds in amount and more than one-half in number of claims of those actually voting in each class of claims under the Plan. The Court may also confirm the Plan even if the required acceptances are not obtained if the Plan satisfies the requirements of section 1129(b) of the Bankruptcy Code.

FOR YOUR VOTE TO BE COUNTED, YOU MUST COMPLETE THE BALLOT AND THEN RETURN THE BALLOT ON A TIMELY BASIS. The Ballot must be received at the following address on or before March 7, 2022, by 4:00 p.m. Hawaiian Standard Time:

1

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hibklaw.com

If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

<u>ACCEPTANCE OR REJECTION OF PLAN</u>

The undersigned, a holder of a <u>Class #6</u> Claim against the Debtors in the amount of: $ 294,103.00 _____ (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

☑ **TO ACCEPT THE PLAN**          ☐ **TO REJECT THE PLAN**

By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

3/7/2022 _____
*Date*

Hao Fan _____
*Print or type name of creditor*

[signature]
*Signature*

Stephen S. LaPlante, Attorney for Hao Fan
*If authorized agent, name and title*

150 West Jefferson Ave., Suite 2500

Detroit, MI 48226
*Address*

(313) 496-8452
*Telephone*

laplante@millercanfield.com
*Facsimile or email*

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware Corporation,<br><br>　　　　　Debtor and<br>　　　　　Debtor-in-possession | **Case No. 21-00094**<br>(Chapter 11)<br>(Jointly Administered) |
| This document relates to:<br>ALL CASES | |

## BALLOT FOR **CLASS #6** CREDITORS
### TO ACCEPT OR REJECT *JOINT CHAPTER 11 PLAN*

On February 1, 2021, PACIFIC LINKS U.S. HOLDINGS, INC. a Delaware corporation, HAWAII MVCC LLC, a Hawaii limited liability company, HAWAII MGCW LLC, a Hawaii limited liability company, MDRE LLC, a Hawaii limited liability company, MDRE 2 LLC, a Hawaii limited liability company, MDRE 3 LLC, a Hawaii limited liability company, MDRE 4 LLC, a Hawaii limited liability company, and MDRE 5 LLC, a Hawaii limited liability company (collectively, "Debtors"), each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Hawaii ("Court").

On November 26, 2021, the Debtors filed their Second Amended Joint Chapter 11 Plan (the "Plan") and their Disclosure Statement Dated November 26, 2021 for [the Plan] (the "Disclosure Statement").

On December 29, 2021, the Court approved the Disclosure Statement, which is intended to assist you in deciding whether to vote for or against the Plan. The Court's approval of the Disclosure Statement does not indicate its approval of the Plan.

You should review the Plan and the Disclosure Statement before you vote. You may wish to seek legal, financial, and other advice concerning the Plan and your classification and treatment under the Plan, and the tax consequences arising from the Plan. If the Court confirms the Plan, it will be binding on you whether or not you vote.

The Plan classifies at least one of your claims into Class #6. If you hold claims that have been classified into other classes, you should receive a ballot for each class for which you are entitled to vote. If you do not, please contact the undersigned counsel for the Debtors.

This Ballot is to be used for casting votes to accept or reject the Plan. The Plan can be confirmed by the Court if it is accepted by holders of two-thirds in amount and more than one-half in number of claims of those actually voting in each class of claims under the Plan. The Court may also confirm the Plan even if the required acceptances are not obtained if the Plan satisfies the requirements of section 1129(b) of the Bankruptcy Code.

FOR YOUR VOTE TO BE COUNTED, YOU MUST COMPLETE THE BALLOT AND THEN RETURN THE BALLOT ON A TIMELY BASIS. The Ballot must be received at the following address on or before March 7, 2022, by 4:00 p.m. Hawaiian Standard Time:

1

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hibklaw.com

If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

<u>ACCEPTANCE OR REJECTION OF PLAN</u>

The undersigned, a holder of a <u>Class #6</u> Claim against the Debtors in the amount of: $ 62,500.00 _____ (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

| [✔] | [ ] |
|---|---|
| **TO ACCEPT THE PLAN** | **TO REJECT THE PLAN** |

By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

3/7/2022 _____
*Date*

Zhongyong Su _____
*Print or type name of creditor*

_[signature]_
*Signature*

Stephen S. LaPlante, Attorney for Zhongyong Su
*If authorized agent, name and title*

150 West Jefferson Ave., Suite 2500

Detroit, MI 48226
*Address*

(313) 496-8452
*Telephone*

laplante@millercanfield.com
*Facsimile or email*

2

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hiboklaw.com

If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

<u>ACCEPTANCE OR REJECTION OF PLAN</u>

The undersigned, a holder of a <u>Class #6</u> Claim against the Debtors in the amount of:
$ __339,461__ (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

☑ **TO ACCEPT THE PLAN**            ☐ **TO REJECT THE PLAN**

By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

__2022-3-1__
Date

__ANJYE SUN__ OR __ANJIE SUN__
Print or type name of creditor

_[signature]_
Signature

_____
If authorized agent, name and title

__#163 NO.1357 HuQingPing Rd.__
__QingPu DISTRICT. SHANGHAI.CHINA__
Address

__0086 13917233092__
Telephone

__angussun2@hotmail.com__
Facsimile or email

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

In re

PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware
Corporation,

        Debtor and
        Debtor-in-possession

This document relates to:
ALL CASES

**Case No. 21-00094**
(Chapter 11)
(Jointly Administered)

## BALLOT FOR CLASS #7 CREDITORS
### TO ACCEPT OR REJECT *JOINT CHAPTER 11 PLAN*

On February 1, 2021, PACIFIC LINKS U.S. HOLDINGS, INC. a Delaware corporation, HAWAII MVCC LLC, a Hawaii limited liability company, HAWAII MGCW LLC, a Hawaii limited liability company, MDRE LLC, a Hawaii limited liability company, MDRE 2 LLC, a Hawaii limited liability company, MDRE 3 LLC, a Hawaii limited liability company, MDRE 4 LLC, a Hawaii limited liability company, and MDRE 5 LLC, a Hawaii limited liability company (collectively, "Debtors"), each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Hawaii ("Court").

On November 26, 2021, the Debtors filed their Second Amended Joint Chapter 11 Plan (the "Plan") and their Disclosure Statement Dated November 26, 2021 for [the Plan] (the "Disclosure Statement").

On December 29, 2021, the Court approved the Disclosure Statement, which is intended to assist you in deciding whether to vote for or against the Plan. The Court's approval of the Disclosure Statement does not indicate its approval of the Plan.

You should review the Plan and the Disclosure Statement before you vote. You may wish to seek legal, financial, and other advice concerning the Plan and your classification and treatment under the Plan, and the tax consequences arising from the Plan. If the Court confirms the Plan, it will be binding on you whether or not you vote.

The Plan classifies at least one of your claims into Class #7. If you hold claims that have been classified into other classes, you should receive a ballot for each class for which you are entitled to vote. If you do not, please contact the undersigned counsel for the Debtors.

This Ballot is to be used for casting votes to accept or reject the Plan. The Plan can be confirmed by the Court if it is accepted by holders of two-thirds in amount and more than one-half in number of claims of those actually voting in each class of claims under the Plan. The Court may also confirm the Plan even if the required acceptances are not obtained if the Plan satisfies the requirements of section 1129(b) of the Bankruptcy Code.

FOR YOUR VOTE TO BE COUNTED, YOU MUST COMPLETE THE BALLOT AND THEN RETURN THE BALLOT ON A TIMELY BASIS. The Ballot must be received at the following address on or before March 7, 2022, by 4:00 p.m. Hawaiian Standard Time:

1

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hibklaw.com

    If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

<u>ACCEPTANCE OR REJECTION OF PLAN</u>
    The undersigned, a holder of a <u>Class #7</u> Claim against the Debtors in the amount of: $ <u>500,000.00</u> (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

☒ **TO ACCEPT THE PLAN**    ☐ **TO REJECT THE PLAN**

    By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

<u>1/24/2022</u>
*Date*

<u>Bryon Bell</u>
*Print or type name of creditor*

<u>~signature~</u>
*Signature*

<u>Tiger Woods Design, Inc d/b/a TGR Design, President</u>
*If authorized agent, name and title*

<u>145 Soundings Ave, Ste 200</u>
<u>Jupiter, FL 33477</u>
*Address*

<u>561-316-3006</u>
*Telephone*

<u>bryon@tigerwoodsdesign.com</u>
*Facsimile or email*

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware Corporation,<br><br>        Debtor and<br>        Debtor-in-possession | **Case No. 21-00094**<br>(Chapter 11)<br>(Jointly Administered) |
| This document relates to:<br>ALL CASES | |

### BALLOT FOR **CLASS #7** CREDITORS
### TO ACCEPT OR REJECT *JOINT CHAPTER 11 PLAN*

On February 1, 2021, PACIFIC LINKS U.S. HOLDINGS, INC. a Delaware corporation, HAWAII MVCC LLC, a Hawaii limited liability company, HAWAII MGCW LLC, a Hawaii limited liability company, MDRE LLC, a Hawaii limited liability company, MDRE 2 LLC, a Hawaii limited liability company, MDRE 3 LLC, a Hawaii limited liability company, MDRE 4 LLC, a Hawaii limited liability company, and MDRE 5 LLC, a Hawaii limited liability company (collectively, "Debtors"), each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Hawaii ("Court").

On November 26, 2021, the Debtors filed their Second Amended Joint Chapter 11 Plan (the "Plan") and their Disclosure Statement Dated November 26, 2021 for [the Plan] (the "Disclosure Statement").

On December 29, 2021, the Court approved the Disclosure Statement, which is intended to assist you in deciding whether to vote for or against the Plan. The Court's approval of the Disclosure Statement does not indicate its approval of the Plan.

You should review the Plan and the Disclosure Statement before you vote. You may wish to seek legal, financial, and other advice concerning the Plan and your classification and treatment under the Plan, and the tax consequences arising from the Plan. If the Court confirms the Plan, it will be binding on you whether or not you vote.

The Plan classifies at least one of your claims into <u>Class #7</u>. If you hold claims that have been classified into other classes, you should receive a ballot for each class for which you are entitled to vote. If you do not, please contact the undersigned counsel for the Debtors.

This Ballot is to be used for casting votes to accept or reject the Plan. The Plan can be confirmed by the Court if it is accepted by holders of two-thirds in amount and more than one-half in number of claims of those actually voting in each class of claims under the Plan. The Court may also confirm the Plan even if the required acceptances are not obtained if the Plan satisfies the requirements of section 1129(b) of the Bankruptcy Code.

FOR YOUR VOTE TO BE COUNTED, YOU MUST COMPLETE THE BALLOT AND THEN RETURN THE BALLOT ON A TIMELY BASIS. The Ballot must be received at the following address on or before March 7, 2022, by 4:00 p.m. Hawaiian Standard Time:

JAN 24 2022

U.S. Bankruptcy Court - Hawaii  #21-00094  Dkt # 456  Filed 03/14/22  Page 25 of 32

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hibklaw.com

    If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

<u>ACCEPTANCE OR REJECTION OF PLAN</u>

    The undersigned, a holder of a <u>Class #7</u> Claim against the Debtors in the amount of:
$ _62,483.85_____ (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

☐ **TO ACCEPT THE PLAN**    ☑ **TO REJECT THE PLAN**

    By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

_1/21/22_____
*Date*

_HECO (HAWAIIAN ELECTRIC COMPANY)_
*Print or type name of creditor*

_Tra St_
*Signature*

_TRAVIS SATO (REVENUE MANAGEMENT SPECIALIST)_
*If authorized agent, name and title*

_PO BOX 2750_
_Hon. HI 96840_
*Address*

_(808) 543-7232_
*Telephone*

_travis.sato@hawaiianelectric.com_
*Facsimile or email*

2

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hibklaw.com

If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

<u>ACCEPTANCE OR REJECTION OF PLAN</u>

The undersigned, a holder of a <u>Class #7</u> Claim against the Debtors in the amount of:
$ _467.50_____ (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

☑                                    ☐

**TO ACCEPT THE PLAN**          **TO REJECT THE PLAN**

By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

_6/2/2022_____

Date

_Karen M. Ayau_____
Print or type name of creditor

_Karen M. Ayau_____
Signature

_____
If authorized agent, name and title

_84-627 Mahola Valley Road_

_Waianae, HI 96792_
Address

_(808) 295-8915_____
Telephone

_Kayauepacificlinks.com_
Facsimile or email

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | **Case No. 21-00094** |
| | (Chapter 11) |
| PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware Corporation, | (Jointly Administered) |
| Debtor and Debtor-in-possession | |
| This document relates to: ALL CASES | |

BALLOT FOR **CLASS #7** CREDITORS
TO ACCEPT OR REJECT *JOINT CHAPTER 11 PLAN*

On February 1, 2021, PACIFIC LINKS U.S. HOLDINGS, INC. a Delaware corporation, HAWAII MVCC LLC, a Hawaii limited liability company, HAWAII MGCW LLC, a Hawaii limited liability company, MDRE LLC, a Hawaii limited liability company, MDRE 2 LLC, a Hawaii limited liability company, MDRE 3 LLC, a Hawaii limited liability company, MDRE 4 LLC, a Hawaii limited liability company, and MDRE 5 LLC, a Hawaii limited liability company (collectively, "Debtors"), each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Hawaii ("Court").

On November 26, 2021, the Debtors filed their Second Amended Joint Chapter 11 Plan (the "Plan") and their Disclosure Statement Dated November 26, 2021 for [the Plan] (the "Disclosure Statement").

On December 29, 2021, the Court approved the Disclosure Statement, which is intended to assist you in deciding whether to vote for or against the Plan. The Court's approval of the Disclosure Statement does not indicate its approval of the Plan.

You should review the Plan and the Disclosure Statement before you vote. You may wish to seek legal, financial, and other advice concerning the Plan and your classification and treatment under the Plan, and the tax consequences arising from the Plan. If the Court confirms the Plan, it will be binding on you whether or not you vote.

The Plan classifies at least one of your claims into Class #7. If you hold claims that have been classified into other classes, you should receive a ballot for each class for which you are entitled to vote. If you do not, please contact the undersigned counsel for the Debtors.

This Ballot is to be used for casting votes to accept or reject the Plan. The Plan can be confirmed by the Court if it is accepted by holders of two-thirds in amount and more than one-half in number of claims of those actually voting in each class of claims under the Plan. The Court may also confirm the Plan even if the required acceptances are not obtained if the Plan satisfies the requirements of section 1129(b) of the Bankruptcy Code.

FOR YOUR VOTE TO BE COUNTED, YOU MUST COMPLETE THE BALLOT AND THEN RETURN THE BALLOT ON A TIMELY BASIS. The Ballot must be received at the following address on or before March 7, 2022, by 4:00 p.m. Hawaiian Standard Time:

Chuck C. Choi, Esq.
Allison A. Ito, Esq.
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

OR

E-mail to: aito@hibklaw.com

If you complete and return more than one ballot for the same claim, the first ballot received before the balloting deadline will be the only ballot that is counted absent further order from the Court. Do not return any securities, instruments, or other documentation with your ballot. If your ballot is damaged, or if you have any questions concerning voting procedures, please contact counsel for the Debtors. The ballot is for voting purposes only and does not constitute and will not be deemed to constitute a proof of claim or proof of interest or an amendment to a proof of claim with respect to the Debtor's estate.

<u>ACCEPTANCE OR REJECTION OF PLAN</u>

The undersigned, a holder of a <u>Class #7</u> Claim against the Debtors in the amount of:
$ __6,000.00_____ (enter dollar amount here) votes with respect to the Plan as follows (check only one box):

| [X] | [ ] |
|-----|-----|
| **TO ACCEPT THE PLAN** | **TO REJECT THE PLAN** |

By signing this Ballot, the undersigned certifies that he or she has received a copy of the Plan and the Disclosure Statement and is authorized to vote the claim to which this Ballot relates.

__3/3/2022_____
*Date*

Wilson Okamoto Corporation
*Print or type name of creditor*

*(signature)*
*Signature*

Michael M. Fujita, President
*If authorized agent, name and title*

1907 South Beretania Street, Suite 400

Honolulu, HI 96826
*Address*

(808) 946-2277
*Telephone*

mfujita@wilsonokamoto.com
*Facsimile or email*

# EXHIBIT B

# EXHIBIT B
TABULATION OF BALLOTS
PACIFIC LINKS U.S. HOLDINGS INC.
(Jointly Administered, Bk. No. 21-00094)

## CLASS 3- CDH Secured Claim
Result: REJECTS

| Description | Accepts | Rejects |
|---|---|---|
| Tianjin Dinghui Hongjun Equity Investment | | $102,103,995.00 |
| **Total** | **$0.00** | **$102,103,995.00** |

## CLASS 5- General Unsecured Claim Rudolph Anderson:
Result: ACCEPTS

| Description | Accepts | Rejects |
|---|---|---|
| Rudolph Anderson | $1,280,932.74 | |
| **Total** | **$1,280,932.74** | **$0.00** |

## CLASS 6- General Unsecured Claims Chinese Investors:
Result: ACCEPTS

| Description | Accepts | Rejects |
|---|---|---|
| Zhouren Lou | $423,617.31 | |
| Lijun Qian | $472,661.52 | |
| Bi Shengyang | $248,150.00 | |
| Hao Fan | $294,103.00 | |
| Zhongyong Su | $62,500.00 | |
| **Total** | **$1,501,031.83** | **$0.00** |

| Disallowed Class 6 Ballot | Accepts | Rejects |
|---|---|---|
| Anjye Sun aka Anjie Sun | $339,461.00 | $0.00 |

## CLASS 7-General Unsecured Claims:
Result: ACCEPTS

| Description | Accepts | Rejects |
|---|---|---|
| TGR Design | $500,000.00 | |

83624

| | | |
|---|---:|---:|
| Hawaiian Electric Co. | | $62,483.85 |
| Karen M. Ayau | $467.55 | |
| Wilson Okamoto Corporation | $6,000.00 | |
| **Total** | **$506,467.55** | **$62,483.85** |

-END OF EXHIBIT B-