Law Office of Warren Kim
1441 Kapiolani Blvd. Ste 1115
Honolulu, Hawaii 96814
Phone: (808)550-0733
Fax: (808)204-2303
Email: warren@warrenkim.com

Attorney for KH GANWON DEVELOPMENT, INC.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br>PACIFIC LINKS U.S. HOLDINGS, INC, a Delaware Corporation,<br>    Debtor and<br>    Debtor-in-possession | Case No. 21-00094<br>(Chapter 11)<br>(Jointly Administered)<br><br>DECLARATION OF GYUSIK BANG IN SUPPORT OF DEBTORS' MOTION FOR ORDER APPROVING BID PROCEDURES FOR SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS AND RELATED RELIEF |
| This document relates to:<br>ALL CASES. | Hearing<br>Date:  July 1, 2022<br>Time:  2:00 p.m.<br>Judge:  Honorable Robert J. Faris |

I, GYUSIK BANG, hereby declare under penalty of perjury, the following is true and correct:

1. I am over the age of 18 years and I am competent to testify to the following statements.

2. I make this Declaration in support of (a) the *Motion for Order Approving Bid Procedures for Sal of Substantially All of Debtor's Assets and Related Relief* (the "Sale Motion"), filed herein by Pacific Links U.S. Holdings, Inc., a Delaware Corporation, and its seven subsidiaries (collectively, the "Debtors"), and (b) a finding by the Court that KH Gangwon Development, Inc. (the "Buyer") (i) is a good faith purchaser within the meaning of 11 U.S.C. § 363(m), and (ii) has provided adequate assurance of future performance under 11 U.S.C. § 365(f)(2) for the contracts to be assigned to the Buyer. Terms used herein and not otherwise defined shall have the meanings given them in the Sale Motion.

3. I am the President and CEO of the proposed Buyer, KH Gangwon Development, Inc., which is the development arm of KH Group, a conglomerate based in South Korea. In around October, 2021, the Buyer learned that the Makaha Property was being marketed for sale. Our broker signed the Confidentiality Agreement as required by CBRE to gain access to the confidential data site. However, we did not conduct extensive due diligence in 2021 because the Buyer was busy with the purchase of the Alpensia Resort from Gangwon Province, South Korea, for 710 billion Won (approximately 630 million Dollars at

2

U.S. Bankruptcy Court - Hawaii   #21-00094   Dkt # 522   Filed  06/03/22   Page 2 of 4

the exchange rate in effect at the time). Buyer has since consummated the Alpensia Resort acquisition.

4. Due to COVID travel restrictions in South Korea which were only lifted in April, 2022, Buyer's representatives could not freely travel to Hawaii until recently. Since then, however, Buyer's Korean and Hawaii attorneys and other representatives, have conducted extensive physical and other due diligence.

5. In April, 2022, Buyer was advised by the Debtors' counsel that the Debtors had signed a Letter of Intent for the Property just under $20 million, subject to due diligence which was to expire at the end of April. Buyer was also advised that the non-refundable deposit amount agreed to by the unnamed buyer was $1.5 million.

6. With the hope that the other prospect would not proceed with the purchase, Buyer submitted a signed PSA for $20.7 million to the Debtors, which was accepted by the Debtors as seller as soon as the other prospective buyer withdrew.

7. Buyer has sufficient cash to close the transaction and to continue to operate the Makaha Country Club, even at a small loss.

8. Neither myself nor to the best of my knowledge, anyone in management at KH Group has ever done any business with the Debtors. We have

communicated only with the Debtors' attorneys and CBRE regarding this transaction.

9. I believe the PSA was negotiated between Buyer and Debtors at arms-length, in good faith, and without collusion. The price that Buyer will pay for the Property in my opinion is fair considering the facts and circumstances.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Seoul, South Korea May 27, 2022.

_____
GYUSIK BANG